UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

ETHAN MICHAEL CARTER,                    **INDICTMENT**

        Defendant.
_____/

The Grand Jury charges:

**Possession of Machineguns**

On or about July 17, 2025, in Ottawa County, in the Southern Division of the Western District of Michigan,

ETHAN MICHAEL CARTER

knowingly possessed a machinegun conversion device installed on a Glock Model 20 10-millimeter pistol and approximately six additional machinegun conversion devices, knowing that they were designed and intended solely and exclusively for use in converting a weapon to shoot automatically more than one shot, without manual reloading, by a single function of the trigger.

18 U.S.C. § 922(o)
18 U.S.C. § 924(a)(2)
18 U.S.C. § 921(a)(24)
26 U.S.C. § 5845(b)

## FORFEITURE ALLEGATION

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

Upon conviction of the offense in violation of 18 U.S.C. § 922(o), set forth in this Indictment,

ETHAN MICHAEL CARTER

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in the offense, including, but not limited to, a Glock Model 20 10-millimeter pistol (SN: AKKV399GA) with a machinegun conversion device installed and approximately six additional machinegun conversion devices and parts.

18 U.S.C. § 924(d)(1)
28 U.S.C. § 2461(c)
18 U.S.C. § 922(g)(1)
18 U.S.C. § 922(o)

A TRUE BILL

[ /s/ Redacted ]
GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

_____
JONATHAN ROTH
Assistant United States Attorney