# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v. | Ethan Michael Carter | Mag. Judge: | Sally J. Berens |
|---|---|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:25-cr-00164-RJJ | 11/19/2025 | 1:32 PM - 2:00 PM | Grand Rapids | |

**APPEARANCES:**

| Government: | Defendant: | Counsel Designation: |
|---|---|---|
| Jonathan Roth | Alexander Rusek | Retained |

| OFFENSE LEVEL | CHARGING DOCUMENT/COUNTS | CHARGING DOCUMENT |
|---|---|---|
| Felony | Indictment | Read __<br>Reading Waived __ |

### TYPE OF HEARING
- ✓ First Appearance
- ✓ Arraignment:
  - __ mute   __ nolo contendre
  - ✓ not guilty   __ guilty
- ✓ Initial Pretrial Conference
- ✓ Detention   (waived __)
- __ Preliminary   (waived __)
- __ Rule 5 Proceeding
- __ Revocation/SRV/PV
- __ Bond Violation
- __ Change of Plea
- __ Sentencing
- __ Other: ____

### DOCUMENTS
- ✓ Defendant's Rights
- __ Waiver of ____
- __ Consent to Mag. Judge for ____
- __ Other: ____

Court to Issue:
- __ Report & Recommendation
- __ Order of Detention
- ✓ Order to file IPTC Statements
- __ Bindover Order
- ✓ Order Appointing Counsel
- ✓ Other: Rule 5(f) Order

### CHANGE OF PLEA
Guilty Plea to Count(s) ____ of the ____

Count(s) to be dismissed at sentencing: ____

Presentence Report: __ Ordered   __ Waived

__ Plea Accepted by the Court
__ No Written Plea Agreement

### EXPEDITED RESOLUTION
__ Case appears appropriate for expedited resolution

### ADDITIONAL INFORMATION

### SENTENCING
Imprisonment: ____
Probation: ____
Supervised Release: ____
Fine: $ ____
Restitution: $ ____
Special Assessment: $ ____
Plea Agreement Accepted:   __Yes   __No
Defendant informed of right to appeal:   __Yes   __No
Counsel informed of obligation to file appeal:   __Yes   __No

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Released on Bond | $ 10,000.00    Unsecured |

**CASE TO BE:** Referred to District Judge   **TYPE OF HEARING:** Further Proceedings

**Reporter/Recorder:** Digitally Recorded   **Courtroom Deputy:** J. Norton